FILED IN CLERK'S OFFICE
4/23/2025 U.S.D.C. - Atlanta
MAY 1 2 2025
1:25-CV-2657
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

Dealing with Retaliation, officals threatens Cetery L. Weems #1017849/F2-318 and also scared me away from continuing with my suit.

I Cetery Lamar Weems #1017849/F2-318 have been placed in administrative segregation without cause of Tier II denied proper food and hygienes materials being virtually connected with RADIO Activities of MEDICAL check points, Brain check points, nervous system abused, anal check point violated by Virtual staffing and Gov. B. KEMP. Commissioner T. Oliver laughs in my face daily with jokes of sexual assaults, agg. battery which I've passed-out. Every Sat. Abusive staff fucks on my Virtual connect RADIO Active many HIGH RISK EVENT of many different inmates rooms of Cetery L. Weems #1017849/F2-318 which I had to aid GDCA to work without pay and Abuse. Games are created for the staffing to play mind games with inmates on drugs within my cell for me to figure how not to fight and live. July 1, 2023 - until I, Cetery L. Weems #1017849/F2-318 have completed my sentence of 20 do 10 and daily verbally irrational staffing licks their tongues and medically abusively violates me with Federal Bonded abusive electro magnets, forceing me outta my sleep to workout, water diet also to jack my Dick! Hungry I'am... Also when receiveing my tray assaulted with my selectives grace, by opressive tick for tack Virtual staffing on connection.

Check with FEDERAL Bonded officals! Cameras recordings!

On today 4/30/2025 Cetery L. Weems #1017849/F2-318 the virtual connection on the inside focus on my Dick Jacking event. Officals on virtual connection threats of vidence, sexually assaults while shitting on toilet.

Good Morning:  4/25/2025

Virtually connected I, Cetory Lamar Weems #1017849/F2-318 RADIO Active to schome for money by the Gov. B. Kemp and many other officals downtown and many other places. Abused I'am of agg. battery/Sexual assaults by Federal Bonded OFFICALS that sexually violates and plays water diets with "Food which is hard work"!

Please Help;

P.S. Why medical work is inside me without money and food on my books and aiding of 3x7 and PM snacks was taken. Which Officals intionally creates High Risk vidence Events on me through out my stay here at Telfair State Prison, 170 Longbridge Rd. 31037 Helena, GA.

Lies to me about Tax cuts and frauds of GDCA Bill.

Respectfully,

Cetory Weems

4/21/2025

Taking Jaws Away from his element. Virtually connected/Radio Activities. Telfair State Prison, Transferred from Ware State Prison. Do to Civil compliant. WIN!

So moving forward DAN CATHY I wrote and his staff/him; hiddeningly discover all the (thoughts) to gain strength to weakening Cetery L. Weems #1017849/ Here at Ware State Prison information was gathered by Fulton Co Justice Courthouse to Virtually connect and abusively squeeze through Radio Activities while I've been Emotionally Intelligent since 2011. Courthouse reps Judge Shawn Ellen Lagura courtroom. Different events started the minds of the Reps because Money was on the Table for Cetery L. Weems being in Prison after 8yrs. So, 2023 Ware State Prison July 1st, 2023 I was pushed into a cell to be virtually connected to many, many, platforms for DAN CATHY to benefit with State Officals a year in advance. Tax frauds... because my Account here never was active. Abusive Actions from State/Federal Offical irrationally lose spirit, and mental intellgence for ignorant events. Fucking me Up through some shit they say / He say / She say.. History sexual behaviour viewed to hustle, under the table so they can eat without me, Cetery L. Weems 2years No food and forced to Work, day by day Hardest I've ever Known. Therefore I cuss, and fuss because I work for Food, No FREE Lunch. When theres smoke upon my release, I will execute at all cost! I can never trade ignorant/over intelligence

Easter was sunday, yesterday!
No Money for Cetery L. Weems the hardest Working Black Man Alive. Love you Hyatt, and Family.

Emotionally I expresses,