IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| CETERY L. WEEMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV 325-061 |
| GOV. B. KEMP and COMMISSIONER T. OLIVER, | ) ) ) ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 7th day of August, 2025, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE